PROB 12C
(6/16)

Report Date: August 19, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

ECF No. 45

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: David Hernandez Moreno | Case Number: 0980 1:22CR02039-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Selah, Washington 98942 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: November 1, 2022 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: Prison - 40 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: To Be Determined | Date Supervision Commenced: April 17, 2025 |
| Defense Attorney: Alex B. Hernandez, III | Date Supervision Expires: April 16, 2028 |

### PETITIONING THE COURT

To issue a summons.

On April 17, 2025, supervised release conditions were reviewed and signed by Mr. Moreno, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Moreno is alleged to be in violation of his term of supervised release by consuming controlled substances, Benzoylecgonine (cocaine), on or about July 22, 2025.<br><br>On July 23, 2025, Mr. Moreno reported to the probation office as directed. A random drug test was collected, which test presumptive positive for cocaine. Mr. Moreno signed a drug use admission form admitting to using cocaine on July 22, 2025. The sample was sealed in front of Mr. Moreno, and sent to Abbott Laboratory for confirmation.<br><br>On July 29, 2025, Abbott Laboratory confirmed the urine sample collected on July 23, 2025, was positive for cocaine. |

Prob12C
**Re: Moreno, David Hernandez**
**August 19, 2025**
**Page 2**

2  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Moreno is considered to be in violation of his term of supervised release by having consumed alcohol on or about July 22, 2025.

On July 23, 2025, Mr. Moreno admitted to the undersigned officer to having consumed alcohol on July 22, 2025. Mr. Moreno signed a drug use admission form.

3  **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Moreno is considered to be in violation of his term of supervised release by failing to provide a valid urinalysis by providing a dilute sample on or about July 23, 2025.

On July 23, 2025, Mr. Moreno reported to the probation office as required. During this office visit, Mr. Moreno was instructed to complete a drug test. The sample was very clear and appeared to be diluted. This drug test was sent to Abbott Laboratory for confirmation. The probation office later received the drug test report confirming a dilute sample. Mr. Moreno failed to provide a valid sample for drug testing.

4  **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Moreno is considered to be in violation of his term of supervised release by ingesting methamphetamine and cocaine between August 15, to 17, 2025.

On August 18, 2025, Mr. Moreno reported to the probation office as requested. Mr. Moreno signed a drug use admission form admitting to using methamphetamine and cocaine, starting on August 15, 2025, with his last use being on or about August 17, 2025.

5  **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Moreno is considered to be in violation of his term of supervised release by having consumed alcohol between August 15, to 17, 2025.

On August 18, 2025, Mr. Moreno reported to the probation office as requested. Mr. Moreno signed a drug use admission form admitting to consuming alcohol, starting on August 15, with his last use being on or about August 17, 2025.

Prob12C
Re: Moreno, David Hernandez
August 19, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/19/2025

Date