PROB 12C
(6/16)

Report Date: November 13, 2025

# United States District Court

**for the**

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 14, 2025
SEAN F. McAVOY, CLERK

ECF No. 67

| | |
|---|---|
| Name of Offender: David Hernandez Moreno | Case Number: 0980 1:22CR02039-ACE-1 |
| Address of Offender: ███████████ Selah, Washington 98942 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Alexander C. Ekstrom, U.S. Magistrate Judge

Date of Original Sentence: November 1, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 40 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Courtney Pratten | Date Supervision Commenced: | April 17, 2025 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: | April 16, 2028 |

---

## PETITIONING THE COURT

To issue a warrant.

On April 17, 2025, supervised release conditions were reviewed and signed by Mr. Moreno, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Moreno is alleged to be in violation of his term of supervised release by consuming controlled substances, cocaine, on or about October 31, 2025.<br><br>On November 5, 2025, Mr. Moreno reported to the probation office as directed. A random drug test was collected, which tested presumptive positive for cocaine. After providing the drug test, Mr. Moreno admitted to consuming cocaine on October 31, 2025. |
| 2 | **Standard Condition #13:** You must follow the instructions of the probation officer related to the condition of supervision.<br><br>**Supporting Evidence**: Mr. Moreno is considered to be in violation of his term of supervised release by failing to follow the instructions of U.S. Probation on November 11, and 12, 2025. |

Prob12C
Re: Moreno, David Hernandez
November 13, 2025
Page 2

|   |   |
|---|---|
|   | On November 5, 2025, Mr. Moreno was directed to call this officer daily until directed otherwise. Mr. Moreno failed to call this officer on November 11, and 12, 2025. On November 12, 2025, this officer called Mr. Moreno's cell phone and his phone was turned off. This officer sent Mr. Moreno a text message directing him to call this officer back. Mr. Moreno failed to call back and is not responding to this officer's attempts to contact him. |
| 3 | **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
|   | **Supporting Evidence**: Mr. Moreno is alleged to be in violation of his term of supervised release by failing to attend substance abuse treatment on November 10, and 11, 2025. |
|   | On November 11, 2025, this officer received notice from Triumph Treatment Services (Triumph) that Mr. Moreno failed to show up for his treatment groups on November 10, and 11, 2025. Triumph unsuccessfully attempted to contact Mr. Moreno to figure out why he missed his scheduled treatment groups. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 13, 2025

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*
Signature of Judicial Officer

November 14, 2025
Date